UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                :
:   Case No. 1:19-cv-00963-NAM-ML
Plaintiff,            :
:
vs.                                                               :
:
JOHN DOE subscriber assigned IP address                           :
142.105.132.2,                                                    :
:
Defendant.            :
-----------------------------------------------------------------X

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until February 17, 2020, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 6th day of January, 2020

By: _____
Miroslav Lovric
U.S. Magistrate Judge

1